CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Yankton Procela** DOB: 1979; United States | DOCKET NO. **19-03673MJ** |
| | MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 9, 2019, in the District of Arizona, **Yankton Procela**, knowing or in reckless disregard that certain illegal aliens, including Carlos Alberto Garcia-Rascon, Adelfo Ortega-Mendez, and Jose Alfredo Valerio-Ortega, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On or about December 9, 2019, in the District of Arizona, United States Border Patrol Agents (BPA) saw a 2002 GMC Yukon traveling southbound on SR-286 towards the Port of Entry. Approximately 50 minutes later, the same vehicle was traveling northbound on SR-286. Record checks revealed that the vehicle did not cross to Mexico and had an invalid registration. A U.S Fish and Wildlife Service Officer who heard the radio and heard about the invalid registration stopped the Yukon. The BPA stopped to assist the officer. The driver **Yankton Procela** granted permission to the officer and the BPA to open the rear side door. Three passengers were encountered and the BPA determined that they were in the United States illegally.

Material witnesses Carlos Alberto Garcia-Rascon, Adelfo Ortega-Mendez, and Jose Alfredo Valerio-Ortega stated that they or their family made arrangements to be smuggled into the United States for money. All three said that they crossed the border from Mexico and they were wearing camouflage clothing. Garcia said that he was receiving instructions by phone from the scout as to where to wait for the load vehicle. A picture of the load vehicle was sent to them. When the vehicle in the picture approached their location, they waived at it. The vehicle made a U-turn, stopped at their location, and all three got in. The driver stopped ahead and said that he needed one of them to seat in the front so it does not look suspicious. All three described the driver **Procela** as a male with a patch on one eye.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Carlos Alberto Garcia-Rascon, Adelfo Ortega-Mendez, and Jose Alfredo Valerio-Ortega

| Detention Requested<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/rij | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE *Leslie A. Bowman* | DATE<br>December 10, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54